[No. 41428-7-II.   Division Two.   March 27, 2012.]

INTERNATIONAL SHELLFISH, *Appellant*, v. THE DEPARTMENT OF NATURAL RESOURCES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02139-0, Christine A. Pomeroy, J., entered October 15, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 41565-8-II.   Division Two.   March 27, 2012.]

DANIEL OMER, *Respondent*, v. ANCO INVESTMENTS, LLC, ET AL., *Defendants*, THE ALPS CREDIT UNION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15380-6, John A. McCarthy, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 41583-6-II.   Division Two.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BRANDON KNUDTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04367-3, Bryan E. Chushcoff, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 41586-1-II.   Division Two.   March 27, 2012.]

PATRICIA MILLS, *Appellant*, v. ELIZABETH BUDIL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-04555-6, Rosanne Buckner, J., entered November 24, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.